# UNITED STATES DISTRICT COURT
## for
## EASTERN DISTRICT OF NORTH CAROLINA
## WESTERN DIVISION

U.S.A. vs. Derrick Maurice Taylor                        Docket No. 5:04-CR-92-1BO

### Petition for Action on Supervised Release

COMES NOW Keith W. Lawrence, probation officer of the court, presenting a petition for modification of the Judgment and Commitment Order of Derrick Maurice Taylor, who, upon an earlier plea of guilty to Possession of Firearm by a Felon, in violation of 18 U.S.C. §§ 922 (g)(1) and 924, was sentenced by the Honorable Terrence W. Boyle, U.S. District Judge, on October 29, 2004, to the custody of the Bureau of Prisons for a term of 190 months. It was further ordered that upon release from imprisonment the defendant be placed on supervised release for 60 months under the standard conditions adopted by the court and the following additional conditions:

1. The defendant shall participate as directed in a program approved by the probation office for the treatment of narcotic addiction, drug dependency, or alcohol dependency which will include urinalysis testing or other drug detection measures and may require residence or participation in a residential treatment facility.

On August 29, 2012, pursuant to 28 U.S.C. § 2255, the defendant's sentence was reduced to time served and the term of supervised release was reduced to three years. Derrick Maurice Taylor was released from custody on May 28, 2014, at which time the term of supervised release commenced.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:** On April 4, 2002, the defendant pled guilty to Indecent Liberties With Child in Cumberland County Superior Court. Taylor received a 21-26 month imprisonment sentenced. Given his history of a sex offense and potential mental health issues, it is respectfully recommended that his conditions of release be modified to include that he participate in sex offender treatment, comply with registration requirements, consent to warrantless searches, no contact with persons under the age of 18 without prior approval, and participate in mental health treatment. The defendant signed a Waiver of Hearing agreeing to the proposed modification of supervision.

**PRAYING THAT THE COURT WILL ORDER** that supervised release be modified as follows:

1. The defendant shall participate in a program of mental health treatment, as directed by the probation office.

2. The defendant shall participate in mental health/sex offender treatment, evaluation testing, clinical polygraphs and other assessment instruments as directed by the probation officer.

Derrick Maurice Taylor
Docket No. 5:04-CR-92-1BO
Petition For Action
Page 2

3. The defendant shall comply with the registration requirements of the Sex Offender Registration and Notification Act of 2006, as directed by the Bureau of Prisons and the probation officer.

4. The defendant shall submit to a search of person, house, residence, vehicle, papers, computer, other electronic communication or data storage devices or media, and effects at any time, with or without a warrant. The search may be conducted by any law enforcement officer or probation officer with reasonable suspicion concerning a violation of a condition of supervision or unlawful conduct by the person, and by any probation officer in the lawful discharge of the officer's supervision functions.

5. The defendant shall have no direct or indirect contact with any person under the age of 18 without the prior approval of the probation officer.

Except as herein modified, the judgment shall remain in full force and effect.

| Reviewed and approved, | I declare under penalty of perjury that the foregoing is true and correct. |
|---|---|
| /s/ Robert L. Thornton<br>Robert L. Thornton<br>Supervising U.S. Probation Officer | /s/ Keith W. Lawrence<br>Keith W. Lawrence<br>Senior U.S. Probation Officer<br>310 Dick Street<br>Fayetteville, NC 28301-5730<br>Phone: (910) 483-8613<br>Executed On: June 4, 2014 |

## ORDER OF COURT

Considered and ordered this ___6___ day of ___June___, 2014, and ordered filed and made a part of the records in the above case.

Terrence W. Boyle
U.S. District Judge